# UNITED STATES DISTRICT COURT FOR

# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL HULL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No. 1:14-CV-00867-JAM-MJS<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES** |

　　　　IT IS HEREBY STIPULATED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

Dated: 1/16/2015　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES
Case No. 1:14-CV-00867-JAM-MJS
1